UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDERICK PENNINGTON, JR.  PETITIONER
ADC #071305

V.   NO. 5:19-CV-00067-SWW-JTK

WENDY KELLEY, Director,  RESPONDENT
Arkansas Department of Correction

# ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney and the objections filed thereto. After careful consideration, including a de novo review of the record, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT: Petitioner's Petition for Writ of Habeas Corpus (DE # 2) is DENIED and DISMISSED with prejudice. Furthermore, Petitioner's Motion to Amend Petition for Writ of Habeas Corpus (DE # 11), Motion for Copies (DE # 13), Motion to Dismiss all Charges and Stop Prosecution of Petitioner (DE # 14), Motion to Appoint Counsel (DE # 17), Motion for Discovery (DE # 18), Motion for Federal Bureau of Investigation (DE # 26), and

Motion to Submit Information and Correct the Record (DE # 33) are DENIED as moot. Finally, any claims against Jeremy Andrews, Warden, East Arkansas Regional Unit, are DISMISSED with prejudice.

A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 28th day of August, 2019.

/s/Susan Webber Wright  
UNITED STATES DISTRICT JUDGE