UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FREDERICK PENNINGTON, JR.　　　　　　　　　　　　　　PETITIONER
ADC #071305

V.　　　　　　　　　NO. 5:19-CV-00067-SWW-JTK

WENDY KELLEY, Director,　　　　　　　　　　　　　　　RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 28th day of August, 2019.

　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE